IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED NAZIR BIN LEP, | ) **CIVIL ACTION** |
| | ) **(HABEAS CORPUS)** |
| *Petitioner*, | ) |
| | ) Case: 1:19-cv-02799 |
| v. | ) Assigned To : Bates, John D. |
| | ) Assign. Date : 9/18/2019 |
| DONALD TRUMP, *et al.*, | ) Description: Habeas Corpus/2255 (G-DECK) |
| | ) |
| *Respondents*. | ) |

**NOTICE OF FILING**

NOTICE is hereby given that Petitioner, Mohammed Nazir Bin Lep, submitted on September 17, 2019 the following document to the Court Security Office for filing in this case: Petition for a Writ of Habeas Corpus and Motion for Preliminary Injunction.

Respectfully submitted,

Dated: September 17, 2019

Emma K. Dinan [D.C. Bar No. 1015108]
Charles A. Blanchard [D.C. Bar No. 1022256]
Allison B. Rumsey [D.C. Bar No. 450475]
Drew A. Harker [D.C. Bar No. 412527]
John D. Cella [D.C. Bar No. 1035356]
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001

Kenneth P. Troccoli [D.C. Bar No. 384897]
FEDERAL PUBLIC DEFENDER FOR THE
EASTERN DISTRICT OF VIRGINIA
1650 King Street, Suite 500
Alexandria, VA 22314

James A. Cohen [*Pro hac vice*]
FORDHAM UNIVERSITY SCHOOL OF LAW
150 West 62nd Street
New York, NY 10023

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, I caused the foregoing to be served on Respondent's counsel via this Court's ECF software.

Dated:  September 17, 2019

_____
Emma K. Dinan [D.C. Bar No. 1015108]
Charles A. Blanchard [D.C. Bar No. 1022256]
Allison B. Rumsey [D.C. Bar No. 450475]
Drew A. Harker [D.C. Bar No. 412527]
John D. Cella [D.C. Bar No. 1035356]
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001

Kenneth P. Troccoli [D.C. Bar No. 384897]
FEDERAL PUBLIC DEFENDER FOR THE
EASTERN DISTRICT OF VIRGINIA
1650 King Street, Suite 500
Alexandria, VA 22314

James A. Cohen [*Pro hac vice*]
FORDHAM UNIVERSITY SCHOOL OF LAW
150 West 62nd Street
New York, NY 10023

*Counsel for Petitioner*